UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEWIS SOLTEZ,<br><br>　　　　　　　　　　　Defendant. | Case No. MJ10-337<br><br>**DETENTION ORDER** |

Offense charged:

　　Violation of Conditions of Supervision, CR08-9-3 TMN, District of Alaska

Date of Detention Hearing: August 12, 2010.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　Defendant was sentenced in the District of Alaska and is alleged to have violated conditions of supervision by failing to submit monthly reports, and failing to notify the probation office of a

DETENTION ORDER - 1

change in residence and employment. A warrant was issued in the District of Alaska when the probation department could not determine defendant's whereabouts.   Defendant was arrested at SeaTac Airport in this district after leaving Alaska without permission of his probation officer. Defendant also appears to have significant substance abuse problems. .

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of August, 2010.

                                                  s/ BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

DETENTION ORDER - 2